IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE THE APPLICATION OF THE : | MISC. NO. |
| UNITED STATES OF AMERICA FOR : | |
| AN ORDER COMMANDING ZSCALER : | **UNDER SEAL** |
| NOT TO NOTIFY ANY PERSON OF THE : | |
| EXISTENCE OF A SUBPOENA : | NOVEMBER 4, 2016 |

**APPLICATION FOR ORDER COMMANDING ZSCALER
NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF A SUBPOENA**

The United States requests that the Court order ZSCALER. not to notify any person, including the subscribers and customers of the account(s) listed in the attached subpoena numbered B-16-1-64 (#11) (Control #392), which seeks subscriber and account information associated with the IP addresses listed in the subpoena, of the existence of the subpoena until further order of the Court.

ZSCALER is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached subpoena, which requires ZSCALER to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached subpoena relates to an ongoing investigation by the Federal Bureau of Investigation's Joint Terrorism Task Force into, among other things, potential material support of terrorism, and the ongoing investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets

to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by: giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the subpoena, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

Moreover, the obligation of nondisclosure should terminate upon further order of the Court rather than upon a time certain, because the Court has an interest in keeping grand jury investigations secret, the grand jury investigation is ongoing, the entire investigation is in its early stages, and cyber-related investigations can be prolonged because cyberspace offers suspects numerous opportunities to hide their identity.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing ZSCALER not to disclose the existence or content of the attached subpoena, except that ZSCALER may disclose the attached subpoena to an attorney for ZSCALER for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

For the foregoing reasons, the United States respectfully requests that the Court enter the attached non-disclosure order.

Executed on November 4, 2016

                                                  /s/ Stephen B. Reynolds
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct19105
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203) 696 3000 / (203) 579 5575 (fax)
Stephen.Reynolds@usdoj.gov

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: ZSCALER, 110 Rose Orchard Way
San Jose, CA 95134  (408) 533-0288

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Brien McMahon Federal Building<br>United States District Court<br>915 Lafayette Boulevard<br>Bridgeport, CT 06604 | Date and Time:<br>11/17/2016 9:30 am |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

Personal appearance is not required if the requested materials are produced on or before the return date to Special Agent Timothy J. Berkley, c/o Federal Bureau of Investigation, 1000 Lafayette Boulevard, Suite 306, Bridgeport, Connecticut 06604. If you have any questions about this subpoena, please contact Special Agent Berkley at (203) 382-6671 or Timothy.Berkley@ic.fbi.gov.

Date:  11/02/2016

CLERK OF COURT

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Stephen B. Reynolds  SBR
Assistant United States Attorney
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut  06604
(203) 696-3000

B-16-1-64 (#11) (Control #392)

## ATTACHMENT TO SUBPOENA ISSUED TO:

ZSCALER
110 Rose Orchard Way
San Jose, CA 95134
(408) 533-0288

Please provide the following information with respect to the users or subscribers assigned the IP address shown below, in electronic form if possible, including but not limited to: (1) all subscriber information, including name, account identifier(s), email address(es), and telephone number(s); (2) transaction or connectivity logs, including records of session times, durations, and assigned IP addresses; (3) length of service (including start date) and types of service utilized; and (4) means and source of payment for such service (including any credit card or bank account number):

| Date | Time | IP Address |
| --- | --- | --- |
| 10/18/2016 | 16:44:03-UTC | 104.129.194.69 |
| 10/18/2016 | 16:37:44-UTC | 104.129.194.69 |
| 10/14/2016 | 18:49:27-UTC | 104.129.194.69 |
| 10/14/2016 | 18:49:03-UTC | 104.129.194.69 |
| 10/14/2016 | 18:48:33-UTC | 104.129.194.69 |
| 9/16/2016 | 15:34:46 UTC | 104.129.194.80 |
| 9/7/2016 | 19:32:49-UTC | 104.129.194.128 |
| 9/7/2016 | 15:59:42-UTC | 104.129.194.128 |
| 8/16/2016 | 22:11:05-UTC | 104.129.194.129 |
| 8/16/2016 | 16:57:05-UTC | 104.129.194.119 |
| 8/10/2016 | 17:22:35 UTC | 104.129.194.134 |
| 7/29/2016 | 14:49:18-UTC | 104.129.194.122 |
| 7/25/2016 | 15:24:53-UTC | 104.129.194.134 |
| 7/22/2016 | 20:27:52-UTC | 104.129.194.134 |
| 7/18/2016 | 17:36:39-UTC | 104.129.194.69 |
| 7/15/2016 | 19:51:58-UTC | 104.129.194.134 |
| 6/24/2016 | 13:38:21-UTC | 104.129.194.129 |
| 6/23/2016 | 19:07:10-UTC | 104.129.194.128 |
| 5/9/2016 | 16:43:34-UTC | 104.129.194.132 |
| 5/9/2016 | 14:59:28-UTC | 104.129.194.133 |

Personal appearance is not required if the requested materials are produced on or before the return date to Special Agent Timothy J. Berkley, c/o Federal Bureau of Investigation, 1000 Lafayette Boulevard, Suite 306, Bridgeport, Connecticut 06604. If you have any questions about this subpoena, please contact Special Agent Berkley at (203) 382-6671 or Timothy.Berkley@ic.fbi.gov.