UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE THE APPLICATION OF THE          :       MISC. NO.
UNITED STATES OF AMERICA FOR          :
AN ORDER COMMANDING ZSCALER           :
NOT TO NOTIFY ANY PERSON OF THE       :
EXISTENCE OF A SUBPOENA               :       DECEMBER 18, 2017

## MOTION TO UNSEAL

The United States of America, by John H. Durham, United States Attorney for the District of Connecticut, by Stephen B. Reynolds, Assistant United States Attorney, moves the Court for an order unsealing the application, order and accompanying subpoena in this matter. This matter has concluded, and the case is closed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar. No. ct19105
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000 / (203) 579-5575 (Fax)
Stephen.Reynolds@usdoj.gov

The foregoing Motion is hereby GRANTED/DENIED this ____ day _April_, 2019.

/s/ William I. Garfinkel
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE